O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 07-01572-SGL (JCRx)                                Date:  December 1, 2008

Title:   BLANCA D. COLLINS -v- JOHN E. POTTER, as Postmaster General, DOUG BINGHAM, as Postal Inspector, and DOES 1-10, inclusive
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                Theresa Lanza
    Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Moises Alcides Aviles                      Terrence M. Jones, AUSA

PROCEEDINGS:   **Defendants John E. Potter, Dough Bingham's Motion to Dismiss Count IV of the Complaint, efiled 8/4/08**

    This matter was heard on December 1, 2008.

    The defendants move to dismiss plaintiff's Bivens claim, arguing that the substance of her claims are addressed by her Title VII claims and Bivens claims are not permitted when a statutory scheme addresses a plaintiff's injuries.  <u>See</u> <u>Brazil v. United States Dept. of Navy</u>, 66 F.3d 193, 197 (9th Cir. 1995) (rejecting the plaintiff's Biven's claim and noting that Title VII provides the exclusive remedy for claims of discrimination in federal employment); <u>see</u> also <u>Brock v. United States</u>, 64 F.3d 1421, 1422 (9th Cir. 1995) (recognizing an exception to that general rule -- where the claimed wrong is "highly personal," such as sexual assault -- which is inapplicable here).

    The Court agrees.  At oral argument, plaintiff's counsel articulated how he would amend the complaint if given the opportunity to do so.  The proposed amendments would not state a Bivens claim.  Accordingly, the Court dismisses plaintiff's Bivens claim with prejudice.

    IT IS SO ORDERED.

EDCV 07-1572-SGL (JCRx)
BLANCA D. COLLINS v JOHN E. POTTER, as Postmaster General, DOUG BINGHAM, as Postal Inspector, and DOES 1-10, inclusive
MINUTE ORDER of December 1, 2008